# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2332
_____

Clyde Johnson,                    *
                                       *

        Appellant,        *   Appeal from the United States
                                       *   District Court for the Eastern
   v.                         *   District of Arkansas.
                                       *

Davis Henry Loftin, Attorney at Law;  *   [UNPUBLISHED]
Public Defenders Office,        *
                                       *

        Appellees.        *

_____

Submitted:  September 26, 2001
Filed:   January 2, 2002
_____

Before McMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.
_____

PER CURIAM.

Clyde Johnson appeals from the district court's[1] 28 U.S.C. § 1915A dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo review), we agree with the district court that dismissal was warranted. See City of Canton v. Harris, 489 U.S. 378, 385 (1989); Polk County v. Dodson, 454 U.S. 312, 325 (1981).

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.